## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### *ELECTRONICALLY FILED*

| | |
|---|---|
| LINDA RIFFE | : |
|     Plaintiff, | : Case No.: 3:17-CV-385-CRS |
| | : Judge Charles R. Simpson, III |
| vs. | : |
| | : |
| BOTTOM LINE SYSTEMS, INC. | : |
| | : |
|     Defendant. | : |

### **NOTICE OF REMOVAL**

Defendant Bottom Line Systems, Inc. ("BLS") hereby gives notice of its removal of the above-captioned civil action filed in the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq*. As grounds for removal, BLS states as follows:

1. On June 6, 2017, Plaintiff Linda Riffe ("Riffe") initiated a lawsuit against Defendant, BLS in the Jefferson County Circuit Court, Case No. 17-CI-002864 ("the Underlying Action").

2. On June 13, 2017, Defendant BLS was served with a Summons and Complaint in the Underlying Action.

3. A copy of the Complaint served on Defendant is filed with this Notice of Removal as **Exhibit A**.

4. Since service of the Complaint, no further proceedings has been had in the Underlying Action, and no Defendant has made further filings.

5. The Underlying Action is a civil action of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. §1331(a).

6. Plaintiff alleging violations of 42 USC § 2000E-2(A) & 42 USC § 2000E-3(A), which are federal questions.

7. Federal courts have original jurisdiction of all civil actions involving federal questions or civil actions arising under the constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

8. The matter in controversy exceeds the sum or value of $75,000 as Plaintiff requested compensatory damages, punitive damages, attorney's fees and costs.

9. Accordingly, the amount in controversy satisfies the minimum threshold required.

10. Jefferson County, Kentucky falls within the Western District of Kentucky, and removal is proper to this Court.

11. Based on the foregoing allegations, the Underlying Action may be removed to this Court pursuant to 28 U.S.C. § 1441 (a) – (c).

12. This Notice of Removal is filed with the Court within 30 days after service on Defendant of the Complaint in the Underlying Action.

13. On the date set forth below, a copy of this Notice of Removal is being served via electronic mail and regular U.S. Mail upon Zachary Taylor, counsel for Plaintiff.

14. Further, on the date set forth below, a copy of this Notice of removal is being delivered to the David Nicholson, Jefferson County Court Clerk.

15. Included with this Notice of Removal is the filing fee of $400 ($350 filing fee and $50 administrative fee), as required by 28 U.S.C. § 1914.

WHEREFORE, Defendant respectfully requests that this case be removed from Jefferson County Circuit Court, Kentucky to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

/s/ Kelly A. Holden
Kelly A. Holden (86745)
Dressman Benzinger LaVelle psc
221 E. Fourth Street
Atrium II, Suite 2500
Cincinnati, OH  45202
kschoening@dbllaw.com
(513) 357-5284
Fax:  (513) 241-4551

and

William H. Brammell, Jr.(93766)
Dressman Benzinger LaVelle psc
321 West Main Street
Suite 2100
Louisville, KY  40202
bbrammell@dbllaw.com
(502) 572-2500
Fax (502) 572-2503
***Attorneys for Defendant
Bottom Line Systems, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail this 26th day of June, 2017, to the following:

Hon. Zachary L. Taylor
Hon. Nina Couch
2815 Taylorsville Road, Suite 102
Louisville, KY  40205

/s/ Kelly A. Holden
Kelly A. Holden

647247v1