**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| LINDA RIFFE | : | |
| | : | Case No.: 3:17-CV-385-CRS |
| Plaintiff, | : | |
| | : | Judge Charles R. Simpson III |
| vs. | : | |
| | : | |
| BOTTOM LINE SYSTEMS, INC. | : | |
| | : | |
| Defendant. | : | |

## AGREED ENTRY OF DISMISSAL

Plaintiff Linda Riffe and Defendant Bottom Line Systems, Inc., having agreed and resolved all matters, and the Court otherwise being sufficiently advised;

**IT IS HEREBY ORDERED**, that all claims by Plaintiff Linda Riffe against Defendant Defendants Bottom Line Systems, Inc. are hereby dismissed, with prejudice, each side bearing its own costs.

January 10, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**

*Have Seen and Agreed:*

/s/ Kelly A. Holden
*Attorney for Defendants*

/s/ Zachary Taylor
*Attorney for Plaintiff*

688733v1